# EXHIBIT 2

## 2017 CV 00821 THE COUNTY OF ASHTABULA vs. PURDUE PHARMA LP et al GLY

| | | | |
|---|---|---|---|
| **Case Type** | Civil (Common Pleas) | **Case Status:** | OPEN |
| **File Date:** | 12/05/2017 | **DCM Track:** | |
| **Action:** | CIVIL COMPLAINT OTHER CIVIL | **Status Date:** | 12/05/2017 |
| **Case Judge:** | YOST, GARY L | **Next Event:** | |

[ All Information ] [ Party ] [ Docket ] [ Financial ] [ Receipt ] [ Disposition ]

### Party Information

**THE COUNTY OF ASHTABULA** - Plaintiff

**DOB**

**Address**  25 WEST JEFFERSON STREET
JEFFERSON, OH 44047

**Alias**

**Party Attorney**

| | |
|---|---|
| **Attorney** | GALLUCCI, III, FRANK L |
| **Bar Code** | 0072680 |
| **Address** | PLEVIN & GALLUCCI CO LPA
55 PUBLIC SQ SUITE 2222
CLEVELAND, OH  44113 |
| **Attorney** | IAROCCI, NICHOLAS A |
| **Bar Code** | 0042729 |
| **Address** | 25 W Jefferson St
JEFFERSON, OH  44047 |
| **Attorney** | SMITH, SCOTT ELLIOT |
| **Bar Code** | 003749 |
| **Address** | SCOTT ELLIOT SMITH LPA
5003 HORIZONS DRIVE SUITE 200
COLUMBUS, OH  43220 |
| **Attorney** | SPELLACY,JR, LEO M. |
| **Bar Code** | 0000067304 |
| **Address** | PORTER,WRIGHT,MORRIS
925 EUCLID AVE,STE 1700
CLEVELAND, OH  44115 |

More Party Information

**PURDUE PHARMA LP** - Defendant

**DOB**

**Address**  C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

**Alias**

**Party Attorney**

More Party Information

**PURDUE PHARMA INC** - Defendant

**DOB**

**Address**  C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808

**Alias**

**Party Attorney**

More Party Information

**THE PURDUE FREDERICK COMPANY INC** - Defendant

| DOB | | Address | C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |
|---|---|---|---|

Alias

Party Attorney

More Party Information

**TEVA PHARMACEUTICALS USA INC** - Defendant

| DOB | | Address | C/O CORPORATE CREATIONS NETWORK INC 3411 SILVERSIDE ROAD WILMINGTON, DE 19810 |
|---|---|---|---|

Alias

Party Attorney

More Party Information

**CEPHALON INC** - Defendant

| DOB | | Address | C/O CORPORATE CREATIONS NETWORK INC 3411 SILVERSIDE ROAD WILMINGTON, DE 19810 |
|---|---|---|---|

Alias

Party Attorney

More Party Information

**JOHNSON & JOHNSON** - Defendant

| DOB | | Address | ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 |
|---|---|---|---|

Alias

Party Attorney

More Party Information

**JANSSEN PHARMACEUTICALS INC** - Defendant

| DOB | | Address | 116 PINE STREET SUITE 320 HARRISBURG, PA 17101 |
|---|---|---|---|

Alias

Party Attorney

More Party Information

**ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC** - Defendant

| DOB | | Address | 116 PINE STREET SUITE 320 HARRISBURG, PA 17101 |
|---|---|---|---|

| Alias | | |
|---|---|---|
| NKA | JANSSEN PHARMACEUTICALS INC | |

Party Attorney

More Party Information

**JANSSEN PHARMACEUTICA INC** - Defendant

| DOB | | Address | 116 PINE STREET<br>SUITE 320<br>HARRISBURG, PA 17101 |
|---|---|---|---|

| Alias | |
|---|---|
| NKA | JANSSEN PHARMACEUTICALS INC |

| Party Attorney |
|---|

More Party Information

**ENDO PHARMACEUTICALS INC** - Defendant

| DOB | | Address | C/O THE CORPORATION TRUST CO<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
|---|---|---|---|

| Alias |
|---|

| Party Attorney |
|---|

More Party Information

**ALLERGAN PLC** - Defendant

| DOB | | Address | CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43215 |
|---|---|---|---|

| Alias | |
|---|---|
| FKA | ACTAVIS PLC |

| Party Attorney |
|---|

More Party Information

**ACTAVIS INC** - Defendant

| DOB | | Address | CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH 45202 |
|---|---|---|---|

| Alias | |
|---|---|
| FKA | WATSON PHARMACEUTICALS INC |

| Party Attorney |
|---|

More Party Information

**WATSON LABORATORIES INC** - Defendant

| DOB | | Address | CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH 45202 |
|---|---|---|---|

| Alias |
|---|

| Party Attorney |
|---|

More Party Information

**ACTAVIS LLC** - Defendant

| DOB | | Address | CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH 45202 |
|---|---|---|---|

| Alias | |
|---|---|
| **Party Attorney** | |

More Party Information

**ACTAVIS PHARMA INC** - Defendant

| DOB | | **Address** | CORPORATE CREATIONS NETWORK INC 119 E COURT STREET CINCINNATI, OH 45202 |
|---|---|---|---|

| Alias | |
|---|---|
| **FKA** | WATSON PHARMA INC |

| **Party Attorney** | |
|---|---|

More Party Information

**ENDO HEALTH SOLUTIONS INC** - Defendant

| DOB | | **Address** | C/O THE CORPORATION TRUST CO 1209 ORANGE STREET WILMINGTON, DE 19801 |
|---|---|---|---|

| Alias | |
|---|---|

| **Party Attorney** | |
|---|---|

More Party Information

**INSYS THERAPEUTICS INC** - Defendant

| DOB | | **Address** | 1333 S SPECTRUM BLVD #100 CHANDLER, AZ 85286 |
|---|---|---|---|

| Alias | |
|---|---|

| **Party Attorney** | |
|---|---|

More Party Information

**MCKESSON CORPORATION** - Defendant

| DOB | | **Address** | 50 WEST BROAD STREET SUITE 1330 COLUMBUS, OH 43215 |
|---|---|---|---|

| Alias | |
|---|---|

| **Party Attorney** | |
|---|---|
| **Attorney** | HOLZHALL, VINCENT I |
| **Bar Code** | 0074901 |
| **Address** | STEPTOE & JOHNSON PLLC 41 SOUTH HIGH STREET SUITE 2200 COLUMBUS, OH  43215 |
| **Attorney** | TANOURY, ALANA VALLE |
| **Bar Code** | 0092265 |
| **Address** | STEPTOE & JOHNSON PLLC 41 SOUTH HIGH STREET SUITE 2200 COLUMBUS, OH  43215 |

More Party Information

**CARDINAL HEALTH INC** - Defendant

| DOB | | **Address** | 7000 CARDINAL PLACE DUBLIN, OH 43017 |
|---|---|---|---|

| Alias | |
|---|---|

**Party Attorney**
| | |
|---|---|
| Attorney | MURRAY, JOSEPH F |
| Bar Code | 0063373 |
| Address | MURRAY MURPHY MOUL + BASIL LLP |
| | 1114 DUBLIN ROAD |
| | COLUMBUS, OH  43215 |

More Party Information

---

**AMERISOURCEBERGEN CORPORATION** - Defendant

DOB

Address     1300 EAST NINTH STREET
            CLEVELAND, OH 44114

Alias

Party Attorney

More Party Information

---

**MIAMI LUKEN INC** - Defendant

DOB

Address     265 PIONEER BLVD
            SPRINGBORO, OH 45066

Alias

Party Attorney

More Party Information

---

**PORTENOY, RUSSELL** - Defendant

DOB

Address     39 BROADWAY 1ST FLOOR
            NEW YORK, NY 10006

Alias

**Party Attorney**
| | |
|---|---|
| Attorney | RAUCH, JORDAN D |
| Bar Code | 0093389 |
| Address | HAHN LOESER & PARKS LLP |
| | 65 EAST STATE STREET, SUITE 1400 |
| | COLUMBUS, OH  43215 |
| Attorney | SCHEAF, O. JUDSON |
| Bar Code | 0000040285 |
| Address | ATTORNEY AT LAW |
| | 4770 INDIANOLA AVENUE |
| | COLUMBUS, OH  43214 |

More Party Information

---

**FINE, PERRY** - Defendant

DOB

Address     615 ARAPEEN WAY
            SUITE 155
            SALT LAKE CITY, UT 84132

Alias

Party Attorney

More Party Information

---

**FISHMAN, SCOTT** - Defendant

DOB

Address     2221 STOCKTON BLVD
            SACRAMENTO, CA 95817

Alias

Party Attorney

More Party Information

**WEBSTER, LYNN** - Defendant

**DOB**

**Address**    PRA HEALTH SERVICES
3838 S 700 E #202
SALT LAKE CITY, UT 84106

**Alias**

**Party Attorney**

*More Party Information*

## Docket Information

| Date | Description | Docket Text | Amount Owed |
|---|---|---|---|
| 12/05/2017 | DEPOSIT RECEIVED | DEPOSIT RECEIVED  Receipt: 209674  Date: 12/05/2017 | $68.00 |
| 12/05/2017 | CIVIL COMPLAINT FILED | CIVIL COMPLAINT FOR DAMAGES FILED WITH JURY DEMAND   Receipt: 209674  Date: 12/05/2017<br>NICHOLAS A IAROCCI (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); LEO M. SPELLACY,JR (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); SCOTT ELLIOT SMITH (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); FRANK L GALLUCCI III (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff) | $152.00 |
| 12/05/2017 | COMPLETE RECORD | COMPLETE RECORD | $267.00 |
| 12/11/2017 | NOTICE OF | *FAX* NOTICE TO CORRECT ZIP CODES OF DEFT'S FILED BY NICHOLAS A IAROCCI (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); LEO M. SPELLACY,JR (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); SCOTT ELLIOT SMITH (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); FRANK L GALLUCCI III (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff) | $4.00 |
| 12/12/2017 | SUMMONS ISSUED | SUMMONS ISSUED | $2.00 |
| 12/12/2017 | CERTIFIED MAIL | Issue Date:  12/12/2017<br>Service:  CIVIL SUMMONS/COMPLAINT<br>Method:  COMMON PLEAS-Certified Mail<br>Cost Per:  $0.00<br><br>PURDUE PHARMA LP<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808<br>Tracking No: 92148901337250013494<br><br>PURDUE PHARMA INC<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808<br>Tracking No: 92148901337250013495<br><br>THE PURDUE FREDERICK COMPANY INC<br>C/O THE PRENTICE HALL CORPORATION<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808<br>Tracking No: 92148901337250013496<br><br>TEVA PHARMACEUTICALS USA INC<br>C/O CORPORATE CREATIONS NETWORK INC<br>3411 SILVERSIDE ROAD | $0.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | WILMINGTON, DE   19810<br>Tracking No: 92148901337250013497 | |
| | | CEPHALON INC<br>C/O CORPORATE CREATIONS NETWORK INC<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DE   19810<br>Tracking No: 92148901337250013498 | |
| | | JOHNSON & JOHNSON<br>ONE JOHNSON & JOHNSON PLAZA<br>NEW BRUNSWICK, NJ   08933<br>Tracking No: 92148901337250013499 | |
| | | JANSSEN PHARMACEUTICALS INC<br>116 PINE STREET<br>SUITE 320<br>HARRISBURG, PA   17101<br>Tracking No: 92148901337250013500 | |
| | | ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC<br>116 PINE STREET<br>SUITE 320<br>HARRISBURG, PA   17101<br>Tracking No: 92148901337250013501 | |
| | | JANSSEN PHARMACEUTICA INC<br>116 PINE STREET<br>SUITE 320<br>HARRISBURG, PA   17101<br>Tracking No: 92148901337250013502 | |
| | | ENDO PHARMACEUTICALS INC<br>C/O THE CORPORATION TRUST CO<br>1209 ORANGE STREET<br>WILMINGTON, DE   19801<br>Tracking No: 92148901337250013503 | |
| | | ALLERGAN PLC<br>CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH   43215<br>Tracking No: 92148901337250013504 | |
| | | ACTAVIS INC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH   45202<br>Tracking No: 92148901337250013505 | |
| | | WATSON LABORATORIES INC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH   45202<br>Tracking No: 92148901337250013506 | |
| | | ACTAVIS LLC | |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH  45202<br>Tracking No: 92148901337250013507 | |
| | | ACTAVIS PHARMA INC<br>CORPORATE CREATIONS NETWORK INC<br>119 E COURT STREET<br>CINCINNATI, OH  45202<br>Tracking No: 92148901337250013508 | |
| | | ENDO HEALTH SOLUTIONS INC<br>C/O THE CORPORATION TRUST CO<br>1209 ORANGE STREET<br>WILMINGTON, DE  19801<br>Tracking No: 92148901337250013509 | |
| | | INSYS THERAPEUTICS INC<br>1333 S SPECTRUM BLVD #100<br>CHANDLER, AZ  85286<br>Tracking No: 92148901337250013510 | |
| | | MCKESSON CORPORATION<br>50 WEST BROAD STREET<br>SUITE 1330<br>COLUMBUS, OH  43215<br>Tracking No: 92148901337250013511 | |
| | | CARDINAL HEALTH INC<br>7000 CARDINAL PLACE<br>DUBLIN, OH  43017<br>Tracking No: 92148901337250013512 | |
| | | PORTENOY, RUSSELL<br>39 BROADWAY 1ST FLOOR<br>NEW YORK, NY  10006<br>Tracking No: 92148901337250013513 | |
| | | FINE, PERRY<br>615 ARAPEEN WAY<br>SUITE 155<br>SALT LAKE CITY, UT  84132<br>Tracking No: 92148901337250013514 | |
| | | FISHMAN, SCOTT<br>2221 STOCKTON BLVD<br>SACRAMENTO, CA  95817<br>Tracking No: 92148901337250013515 | |
| | | WEBSTER, LYNN<br>PRA HEALTH SERVICES<br>3838 S 700 E #202<br>SALT LAKE CITY, UT  84106<br>Tracking No: 92148901337250013516 | |
| 12/12/2017 | CERTIFIED MAIL | Issue Date:  12/12/2017 *POSTAGE AS PER MAIL ROOM*<br>Service:  CIVIL SUMMONS/COMPLAINT<br>Method:  COMMON PLEAS-Certified Mail<br>Cost Per:  $0.00 | $378.65 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | AMERISOURCEBERGEN CORPORATION<br>1300 EAST NINTH STREET<br>CLEVELAND, OH  44114<br>Tracking No: 92148901337250013517<br><br>MIAMI LUKEN INC<br>265 PIONEER BLVD<br>SPRINGBORO, OH  45066<br>Tracking No: 92148901337250013518 | |
| 12/21/2017 | NOTICE OF APPEARANCE OF ATTY | NOTICE OF APPEARANCE OF ATTY SCHEAFF III AND ATTY RAUCH FILED CERT OF SERVICE<br>JORDAN D RAUCH (Attorney) on behalf of RUSSELL PORTENOY (Defendant);<br>O. JUDSON SCHEAF (Attorney) on behalf of RUSSELL PORTENOY (Defendant) | $4.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : MIAMI LUKEN INC<br>Signed By : TERESA MOB(?) ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013518 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/19/2017<br>Return   : 12/28/2017<br>On       : WEBSTER, LYNN<br>Signed By : ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013516 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : FISHMAN, SCOTT<br>Signed By : P B (ILLEGIBLE SIGNATURE)<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013515 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/19/2017<br>Return   : 12/28/2017<br>On       : FINE, PERRY<br>Signed By : JIM S (LAST NAME?) ILLEGIBLE SIGNATURE | $1.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | Reason    : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013514 | |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method    : COMMON PLEAS-Certified Mail<br>Issued    : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served    : 12/18/2017<br>Return    : 12/28/2017<br>On         : PORTENOY, RUSSELL<br>Signed By : ILLEGIBLE SIGNATURE<br><br>Reason    : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013513 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method    : COMMON PLEAS-Certified Mail<br>Issued    : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served    : 12/19/2017<br>Return    : 12/28/2017<br>On         : CARDINAL HEALTH INC<br>Signed By : THADDEVS MILLER<br><br>Reason    : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013512 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method    : COMMON PLEAS-Certified Mail<br>Issued    : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served    : 12/18/2017<br>Return    : 12/28/2017<br>On         : MCKESSON CORPORATION<br>Signed By : ILLEGIBLE SIGNATURE<br><br>Reason    : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013511 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method    : COMMON PLEAS-Certified Mail<br>Issued    : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served    : 12/19/2017<br>Return    : 12/28/2017<br>On         : INSYS THERAPEUTICS INC<br>Signed By : LAURA SMITH WEBB<br><br>Reason    : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013510 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method    : COMMON PLEAS-Certified Mail<br>Issued    : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served    : 12/18/2017<br>Return    : 12/28/2017<br>On         : ENDO HEALTH SOLUTIONS INC<br>Signed By : ILLEGIBLE SIGNATURE | $1.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | Reason : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment : | |
| | | Tracking #: 92148901337250013509 | |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : COMMON PLEAS-Certified Mail<br>Issued : 12/12/2017<br>Service : CIVIL SUMMONS (Commons Pleas)<br>Served : 12/18/2017<br>Return : 12/28/2017<br>On : ACTAVIS PHARMA INC<br>Signed By : M M (LAST NAME ?) ILLEGIBLE SIGNATURE<br><br>Reason : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 92148901337250013508 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : COMMON PLEAS-Certified Mail<br>Issued : 12/12/2017<br>Service : CIVIL SUMMONS (Commons Pleas)<br>Served : 12/18/2017<br>Return : 12/28/2017<br>On : ACTAVIS LLC<br>Signed By : M M (?LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 92148901337250013507 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : COMMON PLEAS-Certified Mail<br>Issued : 12/12/2017<br>Service : CIVIL SUMMONS (Commons Pleas)<br>Served : 12/18/2017<br>Return : 12/28/2017<br>On : WATSON LABORATORIES INC<br>Signed By : M M (?LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 92148901337250013506 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : COMMON PLEAS-Certified Mail<br>Issued : 12/12/2017<br>Service : CIVIL SUMMONS (Commons Pleas)<br>Served : 12/18/2017<br>Return : 12/28/2017<br>On : ACTAVIS INC<br>Signed By : M M (? LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment :<br><br>Tracking #: 92148901337250013505 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method : COMMON PLEAS-Certified Mail<br>Issued : 12/12/2017<br>Service : CIVIL SUMMONS (Commons Pleas)<br>Served : 12/18/2017<br>Return : 12/28/2017<br>On : ALLERGAN PLC<br>Signed By : SHANNON JONES (?) ILLEGIBLE SIGNATURE | $1.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013504 | |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : ENDO PHARMACEUTICALS INC<br>Signed By : ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013503 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : JANSSEN PHARMACEUTICA INC<br>Signed By : TERRI L MCENT(?LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013502 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/19/2017<br>Return   : 12/28/2017<br>On       : ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC<br>Signed By : TERRI L MCENT(?) LAST NAME ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013501 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : JANSSEN PHARMACEUTICALS INC<br>Signed By : TERRI L MCENT(?) LAST NAME ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013500 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service  : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/19/2017<br>Return   : 12/28/2017<br>On       : JOHNSON & JOHNSON<br>Signed By : RICHARD STRASSER (?LAST NAME) ILLEGIBLE SIGNATURE | $1.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| | | Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013499 | |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : CEPHALON INC<br>Signed By : ALEX SMITH<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013498 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : TEVA PHARMACEUTICALS USA INC<br>Signed By : ALEX SMITH<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013497 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/18/2017<br>Return   : 12/28/2017<br>On       : THE PURDUE FREDERICK COMPANY INC<br>Signed By : JULIE (?LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013496 | $1.00 |
| 12/28/2017 | SUCCESSFUL SERVICE | SUCCESSFUL SERVICE<br>Method   : COMMON PLEAS-Certified Mail<br>Issued   : 12/12/2017<br>Service   : CIVIL SUMMONS (Commons Pleas)<br>Served   : 12/19/2017<br>Return   : 12/28/2017<br>On       : PURDUE PHARMA LP<br>Signed By : JULIE (?LAST NAME) ILLEGIBLE SIGNATURE<br><br>Reason   : COMMON PLEAS SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 92148901337250013494 | $1.00 |
| 01/09/2018 | MOTION FOR EXTENSION | DEFENDANTS CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FILED CERT OF SERVICE<br>Attorney: HOLZHALL, VINCENT I (0074901)<br>JOSEPH F MURRAY (Attorney) on behalf of CARDINAL HEALTH INC (Defendant); FRANK L GALLUCCI III (Attorney) on behalf of THE COUNTY OF ASHTABULA (Plaintiff); VINCENT I HOLZHALL (Attorney) on behalf of MCKESSON CORPORATION (Defendant) | $8.00 |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 01/11/2018 | ORDERED THAT | ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT.  ORDERED DEFENDANTS KCKESSON CORPORATION AND CARDINAL HEALH INC. SHALL HAVE UNTIL AND INCLUDING, FRIDAY, 3-16-18 TO SERVE THEIR RESPONSIVE MOTIONS OR PLEADINGS.  SO ORDERED.  (TSC'S TO: | $2.00 |

### Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| COST | $840.65 | $152.00 | $0.00 | $688.65 |
| | **$840.65** | **$152.00** | **$0.00** | **$688.65** |

#### Money on Deposit with the Court

| Account | Applied Amount |
|---------|----------------|
| DEPOSIT RECEIVED | $0.00 |
| | **$0.00** |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| 209674 | 12/05/2017 | PLEVIN GALLUCCI CO LPA | $220.00 |
| | | | **$220.00** |

### Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Undisposed | | YOST, GARY L |

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 80
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

MIAMI LUKEN INC
865 PIONEER BLVD
SPRINGBORO OH 45066

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 22:57 | PROCESSED THROUGH USPS FACILITY | CINCINNATI,OH 45234 |
| 12/16/2017 04:13 | DEPART USPS FACILITY | CINCINNATI,OH 45234 |
| 12/17/2017 10:27 | ARRIVAL AT UNIT | SPRINGBORO,OH 45066 |
| 12/18/2017 08:56 | SORTING/PROCESSING COMPLETE | SPRINGBORO,OH 45066 |
| 12/18/2017 09:06 | OUT FOR DELIVERY | SPRINGBORO,OH 45066 |
| 12/18/2017 13:39 | DELIVERED LEFT WITH INDIVIDUAL | SPRINGBORO,OH 45066 |

FILED
2017 DEC 28  AM 8: 21
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:29 Tami Pentek, Clerk Ashtabula Co Common Pleas


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 80. Our records indicate that this item was delivered on 12/18/2017 at 01:39 p.m. in SPRINGBORO, OH 45066. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627833.3881310

Scanned: DEC 28, 2017 11:19 Tami Pentek, Clerk Ashtabula Co Common Pleas

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 66
MAILING DATE:        12/12/2017
DELIVERED DATE:    12/19/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

LYNN WEBSTER
RA HEALTH SERVICES
3838 S 700 E #202
SALT LAKE CITY UT 84106

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2017 10:20 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 22:38 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/17/2017 04:27 | PROCESSED THROUGH USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/18/2017 01:13 | DEPART USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/18/2017 01:54 | ARRIVAL AT UNIT | SALT LAKE CITY,UT 84106 |
| 12/18/2017 08:27 | SORTING/PROCESSING COMPLETE | SALT LAKE CITY,UT 84106 |
| 12/18/2017 08:37 | OUT FOR DELIVERY | SALT LAKE CITY,UT 84106 |
| 12/18/2017 10:06 | FORWARDED | SALT LAKE CITY,UT 84106 |
| 12/18/2017 20:34 | PROCESSED THROUGH USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/19/2017 07:32 | ARRIVAL AT UNIT | SALT LAKE CITY,UT 84117 |
| 12/19/2017 15:15 | DELIVERED LEFT WITH INDIVIDUAL | SALT LAKE CITY,UT 84124 |

FILED
2017 DEC 28  AM 8: 21
TAMI FENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:19 Tami Pentek, Clerk Ashtabula Co Common Pleas

Scanned: DEC 28, 2017 11:19 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 66. Our records indicate that this item was delivered on 12/19/2017 at 03:15 p.m. in SALT LAKE CITY, UT 84124. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881308

Scanned DEC 28, 2017 11:39 Tami Pentek, Clerk Ashtabula Co Common Pleas

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 59
MAILING DATE:        12/12/2017
DELIVERED DATE:     12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

SCOTT FISHMAN
2221 STOCKTON BLVD
SACRAMENTO CA 95817

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:23 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 22:38 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/17/2017 02:51 | PROCESSED THROUGH USPS FACILITY | WEST SACRAMENTO,CA 95799 |
| 12/17/2017 10:39 | ARRIVAL AT UNIT | SACRAMENTO,CA 95817 |
| 12/17/2017 10:48 | BUSINESS CLOSED | SACRAMENTO,CA 95817 |
| 12/18/2017 03:39 | DELIVERED TO AGENT | SACRAMENTO,CA 95817 |

FILED
2017 DEC 28  AM 8: 21
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH



### UNITED STATES
## POSTAL SERVICE.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 59. Our records indicate that this item was delivered on 12/18/2017 at 03:39 a.m. in SACRAMENTO, CA 95817. The scanned image of the recipient information is provided below.

Signature of Recipient :


Address of Recipient :


Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881307

Scanned: DEC 28, 2017 11:19 Tami Pentek, Clerk Ashtabula Co Common Pleas

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 42

MAILING DATE:        12/12/2017
DELIVERED DATE:      12/19/2017
Case Number: 2017 CV 00821

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

PERRY FINE
615 ARAPEEN WAY
SUITE 155
SALT LAKE CITY UT 84132

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:24 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 22:38 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/17/2017 04:25 | PROCESSED THROUGH USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/18/2017 04:07 | DEPART USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/18/2017 04:26 | DEPART USPS FACILITY | SALT LAKE CITY,UT 84199 |
| 12/18/2017 06:46 | ARRIVAL AT UNIT | SALT LAKE CITY,UT 84108 |
| 12/19/2017 08:00 | SORTING/PROCESSING COMPLETE | SALT LAKE CITY,UT 84132 |
| 12/19/2017 11:56 | DELIVERED LEFT WITH INDIVIDUAL | SALT LAKE CITY,UT 84108 |

Scanned DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 42. Our records indicate that this item was delivered on 12/19/2017 at 11:56 a.m. in SALT LAKE CITY, UT 84108. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881306

*(left margin, vertical text)* Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 35

MAILING DATE:       12/12/2017

DELIVERED DATE:    12/18/2017

Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

RUSSELL PORTENOY
39 BROADWAY 1ST FLOOR
NEW YORK NY 10006

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:27 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 20:09 | ARRIVE USPS FACILITY | JERSEY CITY,NJ 07097 |
| 12/15/2017 20:47 | DEPART USPS FACILITY | JERSEY CITY,NJ 07097 |
| 12/15/2017 22:25 | ARRIVE USPS FACILITY | NEW YORK,NY 10199 |
| 12/16/2017 07:57 | BUSINESS CLOSED | NEW YORK,NY 10006 |
| 12/18/2017 08:27 | DELIVERED LEFT WITH INDIVIDUAL | NEW YORK,NY 10006 |

2017 CV 00821

Scanned DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED
2017 DEC 28  AM 8: 21
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 35. Our records indicate that this item was delivered on 12/18/2017 at 08:27 a.m. in NEW YORK, NY 10006. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881305

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 28
MAILING DATE:       12/12/2017
DELIVERED DATE:    12/19/2017
Case Number: 2017 CV 00821

FILED
2017 DEC 28  AM 8: 21
TAMI PENIEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

CARDINAL HEALTH INC
7000 CARDINAL PLACE
DUBLIN OH 43017

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2017 10:19 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:02 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:32 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 05:11 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/15/2017 05:22 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/15/2017 19:07 | ARRIVAL AT UNIT | DUBLIN,OH 43016 |
| 12/16/2017 10:16 | SORTING/PROCESSING COMPLETE | DUBLIN,OH 43017 |
| 12/16/2017 10:26 | OUT FOR DELIVERY | DUBLIN,OH 43017 |
| 12/17/2017 00:26 | DELIVERY STATUS NOT UPDATED | DUBLIN,OH 43017 |
| 12/18/2017 12:16 | AVAILABLE FOR PICKUP | DUBLIN,OH 43017 |
| 12/19/2017 06:13 | ARRIVAL AT UNIT | DUBLIN,OH 43016 |
| 12/19/2017 06:24 | AVAILABLE FOR PICKUP | DUBLIN,OH 43016 |
| 12/19/2017 07:45 | DELIVERED | DUBLIN,OH 43016 |

Scanned Dec 28, 2017 11:18 Tami Peniek, Clerk Ashtabula Co Common Pleas

2017 CV 00821

**UNITED STATES**
**POSTAL SERVICE.**

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 28. Our records indicate that this item was delivered on 12/19/2017 at 07:45 a.m. in DUBLIN, OH 43016. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Thaddeus Miller*

Address of Recipient :

*7000 CARDINAL PL*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881304

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 11
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

MCKESSON CORPORATION
50 WEST BROAD STREET
SUITE 1330
COLUMBUS OH 43215


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:28 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:02 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:32 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 05:11 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/15/2017 05:22 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/18/2017 11:54 | DELIVERED FRONT DESK/RECEPTION | COLUMBUS,OH 43215 |

Scanned DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE.**

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 11. Our records indicate that this item was delivered on 12/18/2017 at 11:54 a.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881303

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1351 04
MAILING DATE:       12/12/2017
DELIVERED DATE:     12/19/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

INSYS THERAPEUTICS INC
1333 S SPECTRUM BLVD #100
CHANDLER AZ 85286

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 12/13/2017 10:25 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | | JEFFERSON,OH 44047 |
| 12/15/2017 01:47 | PROCESSED THROUGH USPS FACILITY | | CLEVELAND,OH 44101 |
| 12/16/2017 05:46 | PROCESSED THROUGH USPS FACILITY | | PHOENIX,AZ 85043 |
| 12/16/2017 09:28 | DEPART USPS FACILITY | | PHOENIX,AZ 85043 |
| 12/16/2017 10:29 | ARRIVE USPS FACILITY | | CHANDLER,AZ 85248 |
| 12/17/2017 13:57 | ARRIVAL AT UNIT | | CHANDLER,AZ 85248 |
| 12/18/2017 10:36 | SORTING/PROCESSING COMPLETE | | CHANDLER,AZ 85286 |
| 12/18/2017 10:46 | OUT FOR DELIVERY | | CHANDLER,AZ 85286 |
| 12/19/2017 00:46 | DELIVERY STATUS NOT UPDATED | | CHANDLER,AZ 85286 |
| 12/19/2017 13:17 | DELIVERED FRONT DESK/RECEPTION | | CHANDLER,AZ 85286 |

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:38 Tami Pentek, Clerk Ashtabula Co Common Pleas

2017 CV 00821

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1351 04. Our records indicate that this item was delivered on 12/19/2017 at 01:17 p.m. in CHANDLER, AZ 85286. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Signature | X _Laura Smith Webb_ |
| Printed Name | _Laura Smith Webb_ |

Address of Recipient :

| Delivery Address | _1373 S Sedrur 100_ |

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881302

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 98
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

ENDO HEALTH SOLUTIONS INC
C/O THE CORPORATION TRUST CO
1209 ORANGE STREET
WILMINGTON DE 19801

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:21 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:47 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 14:28 | ARRIVE USPS FACILITY | PHILADELPHIA,PA 19176 |
| 12/16/2017 03:00 | DEPART USPS FACILITY | WILMINGTON,DE 19850 |
| 12/16/2017 07:16 | ARRIVAL AT UNIT | WILMINGTON,DE 19801 |
| 12/16/2017 09:10 | SORTING/PROCESSING COMPLETE | WILMINGTON,DE 19801 |
| 12/16/2017 09:20 | OUT FOR DELIVERY | WILMINGTON,DE 19801 |
| 12/16/2017 15:55 | AVAILABLE FOR PICKUP | WILMINGTON,DE 19801 |
| 12/18/2017 06:40 | DELIVERED | WILMINGTON,DE 19801 |

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas



## UNITED STATES
## POSTAL SERVICE.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 98. Our records indicate that this item was delivered on 12/18/2017 at 06:40 a.m. in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881301

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 81
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

ACTAVIS PHARMA INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI OH 45202

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:14 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 13:58 | ARRIVE USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 18:59 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 19:26 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/16/2017 04:13 | DEPART USPS FACILITY | CINCINNATI,OH 45234 |
| 12/16/2017 08:08 | ARRIVAL AT UNIT | CINCINNATI,OH 45203 |
| 12/16/2017 09:20 | SORTING/PROCESSING COMPLETE | CINCINNATI,OH 45202 |
| 12/16/2017 09:30 | OUT FOR DELIVERY | CINCINNATI,OH 45202 |
| 12/16/2017 10:15 | BUSINESS CLOSED | CINCINNATI,OH 45202 |
| 12/18/2017 13:01 | DELIVERED FRONT DESK/RECEPTION | CINCINNATI,OH 45202 |

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 81. Our records indicate that this item was delivered on 12/18/2017 at 01:01 p.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881300

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 74
MAILING DATE:        12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

ACTAVIS LLC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI OH 45202

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:15 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 13:58 | ARRIVE USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 18:59 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 19:26 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/16/2017 00:30 | PROCESSED THROUGH USPS FACILITY | CINCINNATI,OH 45234 |
| 12/16/2017 04:13 | DEPART USPS FACILITY | CINCINNATI,OH 45234 |
| 12/16/2017 08:07 | ARRIVAL AT UNIT | CINCINNATI,OH 45203 |
| 12/16/2017 09:20 | SORTING/PROCESSING COMPLETE | CINCINNATI,OH 45202 |
| 12/16/2017 09:30 | OUT FOR DELIVERY | CINCINNATI,OH 45202 |
| 12/16/2017 10:15 | BUSINESS CLOSED | CINCINNATI,OH 45202 |
| 12/18/2017 13:01 | DELIVERED FRONT DESK/RECEPTION | CINCINNATI,OH 45202 |

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Scanned: DEC 28, 2017 11:18 Tami Pentek, Clerk Ashtabula Co Common Pleas



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 74. Our records indicate that this item was delivered on 12/18/2017 at 01:01 p.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881299

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 67
MAILING DATE:        12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

WATSON LABORATORIES INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI OH 45202

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 12/13/2017 10:14 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | | JEFFERSON,OH 44047 |
| 12/15/2017 01:47 | PROCESSED THROUGH USPS FACILITY | | CLEVELAND,OH 44101 |
| 12/15/2017 13:58 | ARRIVE USPS FACILITY | | CINCINNATI,OH 45235 |
| 12/15/2017 18:59 | DEPART USPS FACILITY | | CINCINNATI,OH 45235 |
| 12/15/2017 19:26 | DEPART USPS FACILITY | | CINCINNATI,OH 45235 |
| 12/16/2017 00:24 | PROCESSED THROUGH USPS FACILITY | | CINCINNATI,OH 45234 |
| 12/16/2017 04:13 | DEPART USPS FACILITY | | CINCINNATI,OH 45234 |
| 12/16/2017 08:10 | ARRIVAL AT UNIT | | CINCINNATI,OH 45203 |
| 12/16/2017 09:20 | SORTING/PROCESSING COMPLETE | | CINCINNATI,OH 45202 |
| 12/16/2017 09:30 | OUT FOR DELIVERY | | CINCINNATI,OH 45202 |
| 12/16/2017 10:15 | BUSINESS CLOSED | | CINCINNATI,OH 45202 |
| 12/18/2017 13:01 | DELIVERED FRONT DESK/RECEPTION | | CINCINNATI,OH 45202 |

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:1 Tami Pentek, Clerk Ashtabula Co Common Pleas

2017 CV 00821

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 67. Our records indicate that this item was delivered on 12/18/2017 at 01:01 p.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881298

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 50
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

ACTAVIS INC
CORPORATE CREATIONS NETWORK INC
119 E COURT STREET
CINCINNATI OH 45202

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:17 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:47 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 13:58 | ARRIVE USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 18:59 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/15/2017 19:26 | DEPART USPS FACILITY | CINCINNATI,OH 45235 |
| 12/16/2017 04:13 | DEPART USPS FACILITY | CINCINNATI,OH 45234 |
| 12/16/2017 08:09 | ARRIVAL AT UNIT | CINCINNATI,OH 45203 |
| 12/16/2017 09:20 | SORTING/PROCESSING COMPLETE | CINCINNATI,OH 45202 |
| 12/16/2017 09:30 | OUT FOR DELIVERY | CINCINNATI,OH 45202 |
| 12/16/2017 10:15 | BUSINESS CLOSED | CINCINNATI,OH 45202 |
| 12/18/2017 13:01 | DELIVERED FRONT DESK/RECEPTION | CINCINNATI,OH 45202 |

Scanned DEC 28, 2017 11:1x Tami Pentek, Clerk Ashtabula Co Common Pleas

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas


**UNITED STATES**
*POSTAL SERVICE*

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901
3370 2500 0000 1350 50. Our records indicate that this item was delivered on
12/18/2017 at 01:01 p.m. in CINCINNATI, OH 45202. The scanned image of the
recipient information is provided below.

Signature of Recipient :

*M Mikut*

Address of Recipient :

*119 E COURT*

Thank you for selecting the Postal Service for your mailing needs.  If you require
additional assistance, please contact your local post office or Postal Service
representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United
States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881297

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER: 9214 8901 3370 2500 0000 1350 43
MAILING DATE:       12/12/2017
DELIVERED DATE:     12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

ALLERGAN PLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43215

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2017 10:16 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:02 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:32 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 05:11 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/15/2017 05:22 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/16/2017 00:08 | DEPART USPS FACILITY | COLUMBUS,OH 43218 |
| 12/16/2017 04:09 | ARRIVE USPS FACILITY | COLUMBUS,OH 43219 |
| 12/16/2017 05:55 | ARRIVAL AT UNIT | COLUMBUS,OH 43224 |
| 12/16/2017 11:56 | AVAILABLE FOR PICKUP | COLUMBUS,OH 43219 |
| 12/16/2017 11:57 | BUSINESS CLOSED | COLUMBUS,OH 43219 |
| 12/18/2017 10:49 | DELIVERED | COLUMBUS,OH 43219 |

Scanned Dec 28, 2017 11:17 am Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED
2017 DEC 28  AM 8:21
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH



**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 43. Our records indicate that this item was delivered on 12/18/2017 at 10:49 a.m. in COLUMBUS, OH 43219. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881296

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 43

MAILING DATE:        12/12/2017

DELIVERED DATE:    12/18/2017

Case Number: 2017 CV 00821

FILED

2017 DEC 28  AM 8: 21

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

ALLERGAN PLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS OH 43215

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2017 10:16 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:02 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 02:32 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 05:11 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/15/2017 05:22 | ARRIVE USPS FACILITY | COLUMBUS,OH 43218 |
| 12/16/2017 00:08 | DEPART USPS FACILITY | COLUMBUS,OH 43218 |
| 12/16/2017 04:09 | ARRIVE USPS FACILITY | COLUMBUS,OH 43219 |
| 12/16/2017 05:55 | ARRIVAL AT UNIT | COLUMBUS,OH 43224 |
| 12/16/2017 11:56 | AVAILABLE FOR PICKUP | COLUMBUS,OH 43219 |
| 12/16/2017 11:57 | BUSINESS CLOSED | COLUMBUS,OH 43219 |
| 12/18/2017 10:49 | DELIVERED | COLUMBUS,OH 43219 |

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas



**UNITED STATES**
**POSTAL SERVICE**.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 43. Our records indicate that this item was delivered on 12/18/2017 at 10:49 a.m. in COLUMBUS, OH 43219. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881296

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 29
MAILING DATE:        12/12/2017
DELIVERED DATE:      12/18/2017
Case Number: 2017 CV 00821



MAIL PIECE DELIVERY INFORMATION:

JANSSEN PHARMACEUTICA INC
616 PINE STREET
SUITE 320
HARRISBURG PA 17101

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:15 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/16/2017 02:51 | DEPART USPS FACILITY | HARRISBURG,PA 17107 |
| 12/16/2017 03:13 | DEPART USPS FACILITY | HARRISBURG,PA 17107 |
| 12/16/2017 03:34 | ARRIVE USPS FACILITY | HARRISBURG,PA 17110 |
| 12/16/2017 03:43 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/16/2017 09:29 | SORTING/PROCESSING COMPLETE | HARRISBURG,PA 17101 |
| 12/16/2017 09:39 | OUT FOR DELIVERY | HARRISBURG,PA 17101 |
| 12/16/2017 11:46 | BUSINESS CLOSED | HARRISBURG,PA 17101 |
| 12/18/2017 08:10 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/18/2017 09:12 | DELIVERED INDIVIDUAL PICKED UP AT PO | HARRISBURG,PA 17110 |

Scanned DEC 28, 2017 11:11 Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED
2017 DEC 28  AM 8: 21
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas

# UNITED STATES
## POSTAL SERVICE.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 29. Our records indicate that this item was delivered on 12/18/2017 at 09:12 a.m. in HARRISBURG, PA 17110. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881294

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 12
MAILING DATE:      12/12/2017
DELIVERED DATE:      12/19/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

ORTHO MCNEIL JANSSEN PHARMA
316 PINE STREET
SUITE 320
HARRISBURG PA 17101


MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:14 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/17/2017 19:03 | PROCESSED THROUGH USPS FACILITY | HARRISBURG,PA 17107 |
| 12/18/2017 05:20 | DEPART USPS FACILITY | HARRISBURG,PA 17107 |
| 12/18/2017 06:03 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/18/2017 10:47 | SORTING/PROCESSING COMPLETE | HARRISBURG,PA 17101 |
| 12/18/2017 10:57 | OUT FOR DELIVERY | HARRISBURG,PA 17101 |
| 12/19/2017 00:57 | DELIVERY STATUS NOT UPDATED | HARRISBURG,PA 17101 |
| 12/19/2017 07:49 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/19/2017 09:04 | DELIVERED | HARRISBURG,PA 17110 |

FILED
2017 DEC 28  AM 8: 20
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

2017 CV 00821

Scanned DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas



## UNITED STATES
### POSTAL SERVICE.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 12. Our records indicate that this item was delivered on 12/19/2017 at 09:04 a.m. in HARRISBURG, PA 17110. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881293

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1350 05
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

JANSSEN PHARMACEUTICALS INC
316 PINE STREET
SUITE 320
HARRISBURG PA 17101

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:24 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
|---|---|---|
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:48 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/16/2017 02:51 | DEPART USPS FACILITY | HARRISBURG,PA 17107 |
| 12/16/2017 03:13 | DEPART USPS FACILITY | HARRISBURG,PA 17107 |
| 12/16/2017 03:34 | ARRIVE USPS FACILITY | HARRISBURG,PA 17110 |
| 12/16/2017 03:44 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/16/2017 09:29 | SORTING/PROCESSING COMPLETE | HARRISBURG,PA 17101 |
| 12/16/2017 09:39 | OUT FOR DELIVERY | HARRISBURG,PA 17101 |
| 12/16/2017 11:46 | BUSINESS CLOSED | HARRISBURG,PA 17101 |
| 12/18/2017 08:10 | ARRIVAL AT UNIT | HARRISBURG,PA 17110 |
| 12/18/2017 09:12 | DELIVERED INDIVIDUAL PICKED UP AT PO | HARRISBURG,PA 17110 |

Scanned DEC 28, 2017 11:11 Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED
2017 DEC 28  AM 8: 20
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned: DEC 28, 2017 11:17 Tami Pentek, Clerk Ashtabula Co Common Pleas



## UNITED STATES
### POSTAL SERVICE™

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1350 05. Our records indicate that this item was delivered on 12/18/2017 at 09:12 a.m. in HARRISBURG, PA 17110. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881292

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1349 92
MAILING DATE:      12/12/2017
DELIVERED DATE:    12/19/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

MAIL PIECE TRACKING EVENTS:

| 12/13/2017 10:12 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 05:21 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 07:13 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 19:13 | ARRIVE USPS FACILITY | KEARNY,NJ 07032 |
| 12/15/2017 19:52 | ARRIVE USPS FACILITY | KEARNY,NJ 07032 |
| 12/17/2017 04:06 | ARRIVE USPS FACILITY | KEARNY,NJ 07099 |
| 12/18/2017 08:04 | ARRIVAL AT UNIT | EDISON,NJ 08899 |
| 12/18/2017 09:58 | AVAILABLE FOR PICKUP | NEW BRUNSWICK,NJ 08933 |
| 12/19/2017 06:34 | DELIVERED | NEW BRUNSWICK,NJ 08906 |

2017 CV 00821

FILED
2017 DEC 28  AM 8: 20
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:36 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE**

Scanned: DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1349 92. Our records indicate that this item was delivered on 12/19/2017 at 06:34 a.m. in NEW BRUNSWICK, NJ 08906. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881291

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1349 85
MAILING DATE:        12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

CEPHALON INC
C/O CORPORATE CREATIONS NETWORK INC
3411 SILVERSIDE ROAD
WILMINGTON DE 19810

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/13/2017 17:02 | DEPART POST OFFICE | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 14:28 | ARRIVE USPS FACILITY | PHILADELPHIA,PA 19176 |
| 12/16/2017 08:54 | ARRIVAL AT UNIT | WILMINGTON,DE 19809 |
| 12/16/2017 09:23 | SORTING/PROCESSING COMPLETE | WILMINGTON,DE 19810 |
| 12/16/2017 09:33 | OUT FOR DELIVERY | WILMINGTON,DE 19810 |
| 12/16/2017 23:33 | DELIVERY STATUS NOT UPDATED | WILMINGTON,DE 19810 |
| 12/18/2017 12:53 | DELIVERED LEFT WITH INDIVIDUAL | WILMINGTON,DE 19810 |

Scanned DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED
2017 DEC 28  AM 8: 20
TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH



**UNITED STATES**
**POSTAL SERVICE**

Scanned: DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1349 85. Our records indicate that this item was delivered on 12/18/2017 at 12:53 p.m. in WILMINGTON, DE 19810. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881290

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1349 78

MAILING DATE:        12/12/2017
DELIVERED DATE:    12/18/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

TEVA PHARMACEUTICALS USA IN
C/O CORPORATE CREATIONS NETWORK INC
3411 SILVERSIDE ROAD
WILMINGTON DE 19810

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 14:28 | ARRIVE USPS FACILITY | PHILADELPHIA,PA 19176 |
| 12/16/2017 03:06 | DEPART USPS FACILITY | WILMINGTON,DE 19850 |
| 12/16/2017 08:54 | ARRIVAL AT UNIT | WILMINGTON,DE 19809 |
| 12/16/2017 09:23 | SORTING/PROCESSING COMPLETE | WILMINGTON,DE 19810 |
| 12/16/2017 09:33 | OUT FOR DELIVERY | WILMINGTON,DE 19810 |
| 12/16/2017 23:33 | DELIVERY STATUS NOT UPDATED | WILMINGTON,DE 19810 |
| 12/18/2017 12:53 | DELIVERED LEFT WITH INDIVIDUAL | WILMINGTON,DE 19810 |

Scanned DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

FILED

2017 DEC 28  AM 8: 20

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH


**UNITED STATES**
**POSTAL SERVICE.**

Scanned: DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1349 78. Our records indicate that this item was delivered on 12/18/2017 at 12:53 p.m. in WILMINGTON, DE 19810. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881289

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1349 47
MAILING DATE:        12/12/2017
DELIVERED DATE:     12/19/2017
Case Number: 2017 CV 00821

MAIL PIECE DELIVERY INFORMATION:

PURDUE PHARMA LP
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 12/13/2017 10:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/15/2017 01:46 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 14:28 | ARRIVE USPS FACILITY | PHILADELPHIA,PA 19176 |
| 12/15/2017 22:38 | DEPART USPS FACILITY | CLEVELAND,OH 44101 |
| 12/17/2017 00:43 | PROCESSED THROUGH USPS FACILITY | WILMINGTON,DE 19850 |
| 12/17/2017 03:36 | DEPART USPS FACILITY | WILMINGTON,DE 19850 |
| 12/17/2017 11:32 | ARRIVAL AT UNIT | WILMINGTON,DE 19808 |
| 12/18/2017 08:20 | SORTING/PROCESSING COMPLETE | WILMINGTON,DE 19808 |
| 12/18/2017 08:30 | OUT FOR DELIVERY | WILMINGTON,DE 19808 |
| 12/18/2017 13:06 | ARRIVAL AT UNIT | WILMINGTON,DE 19808 |
| 12/18/2017 14:00 | BUSINESS CLOSED | WILMINGTON,DE 19808 |
| 12/18/2017 22:30 | DELIVERY STATUS NOT UPDATED | WILMINGTON,DE 19808 |
| 12/19/2017 11:24 | DELIVERED | WILMINGTON,DE 19808 |

2017 CV 00821

FILED
2017 DEC 28  AM 8: 20
TAMI FENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

Scanned DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Scanned: DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas



# UNITED STATES
# POSTAL SERVICE.

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1349 47. Our records indicate that this item was delivered on 12/19/2017 at 11:24 a.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :


Address of Recipient :


Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881286

2017 CV 00821

USPS MAIL PIECE TRACKING NUMBER:  9214 8901 3370 2500 0000 1349 54

MAILING DATE:        12/12/2017
DELIVERED DATE:      12/18/2017
Case Number: 2017 CV 00821

**FILED**

2017 DEC 28  AM 8: 20

TAMI PENTEK
CLERK OF COURTS
COMMON PLEAS COURT
ASHTABULA CO OH

MAIL PIECE DELIVERY INFORMATION:

PURDUE PHARMA INC
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2017 10:13 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | JEFFERSON,OH 44047 |
| 12/13/2017 14:25 | ACCEPT OR PICKUP | JEFFERSON,OH 44047 |
| 12/15/2017 01:49 | PROCESSED THROUGH USPS FACILITY | CLEVELAND,OH 44101 |
| 12/15/2017 14:28 | ARRIVE USPS FACILITY | PHILADELPHIA,PA 19176 |
| 12/16/2017 01:39 | DEPART USPS FACILITY | WILMINGTON,DE 19850 |
| 12/16/2017 05:12 | ARRIVAL AT UNIT | WILMINGTON,DE 19808 |
| 12/16/2017 07:50 | SORTING/PROCESSING COMPLETE | WILMINGTON,DE 19808 |
| 12/16/2017 08:00 | OUT FOR DELIVERY | WILMINGTON,DE 19808 |
| 12/16/2017 10:03 | BUSINESS CLOSED | WILMINGTON,DE 19808 |
| 12/18/2017 10:07 | DELIVERED | WILMINGTON,DE 19808 |

Scanned Dec 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

**UNITED STATES**
**POSTAL SERVICE.**

Scanned: DEC 28, 2017 11:16 Tami Pentek, Clerk Ashtabula Co Common Pleas

Date Produced: 12/25/2017

CLERK OF COURTS:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3370 2500 0000 1349 54. Our records indicate that this item was delivered on 12/18/2017 at 10:07 a.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: C627832.3881287